Charles W. Daff [State Bar No. 76178]
2009 N. Broadway
Santa Ana, CA 92706
Telephone: (714) 541-0301
Facsimile: (714) 569-0515
Email: charlesdaff@yahoo.com

Chapter 7 Trustee

FILED
MAR - 8 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re                                 ) Case No. 8:05-12795-ES
                                      ) Chapter 7
EYAD KHALIL                           )
                                      )
                                      ) **NOTICE OF UNCLAIMED**
                                      ) **DIVIDENDS**
                                      ) **3011**
            Debtor.                   )
                                      )

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1043 in the sum of $11,800.35 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 7, 2011

_____
Charles W. Daff
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:    2.3087%

AMOUNT/BALANCE TO DISTRIBUTE: $11,800.35

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 15 | BANK OF AMERICA<br>C/O KATHERYN B. MILSTEAD<br>IVANJACK, SHUCK & MILSTEAD<br>500 S. GRAND AVE, 21ST FL<br>LOS ANGELES, CA 90071-0904 | $511,126.73 | | $11,800.35 |
| | TOTALS: | $511,126.73 | $0.00 | $11,800.35 |
| | CASE NUMBER: | 8:05-12795-ES | | |
| | CASE NAME: | KHALIL, EYAD | | |

\* Total also includes employee taxes withheld.

| In re<br>EYAD KHALIL<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 8:05-12795-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Theron S Covey    tcovey@coveylawpc.com
- Charles W Daff    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- D Edward Hays    ehays@marshackhays.com
- Andrew K Mauthe    mauthelaw@attglobal.net
- Harlene Miller    harlene@pagterandmiller.com, pandm@pagterandmiller.com
- Holly Roark    holly@roarklawoffices.com
- Josephine E Salmon    ecfcacbrs@piteduncan.com
- Mark M Sharf    mark@sharflaw.com, msharf00@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 7, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 7, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 7, 2011 | April Hannum | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009

3011 funds

# 76178

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Charles W. Daff, Trustee
2009 N. Broadway,
Santa Ana, CA 92706
(714) 541-0301

CHECK NUMBER
**1043**

| DATE | AMOUNT |
|---|---|
| 03/07/11 | ******11,800.35 |

| CASE NUMBER | DEBTOR |
|---|---|
| 05-12795  ES | KHALIL, EYAD |

**PAY TO THE ORDER OF**

US BANKRUPTCY COURT
RONALD REAGAN FEDERAL BLDG
411 W FOURTH ST STE 2030
SANTA ANA, CA 92701

*Eleven Thousand Eight Hundred Dollars And 35/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001043⑆ ⑈111000012⑈ 4428542926⑈